# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00578-CV

**Reagan National Advertising of Austin, Inc., Appellant**

**v.**

**Studio M Select Wines, LLC, Appellee**

## FROM THE 419TH DISTRICT COURT OF TRAVIS COUNTY
## NO. D-1-GN-17-005547, THE HONORABLE MAYA GUERRA GAMBLE, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The parties filed an agreed motion, requesting that this Court vacate the trial court's judgment and render judgment that the parties take nothing. *See* Tex. R. App. P. 42.1(a)(2)(A). However, Texas Rule of Appellate Procedure 43.2 allows this Court to either (1) reverse the trial court's judgment in whole or in part and render the judgment that the trial court should have rendered or (2) vacate the trial court's judgment and dismiss the case. *See id.* R. 42.3(c), (e). Accordingly, we grant the motion in part. We reverse the trial court's judgment, and pursuant to the parties' agreement, render judgment that the parties take nothing. *See* Tex. R. App. P. 42.1(a)(2)(A); *see also id.* R. 42.3(c). We dismiss the appeal. *See id.* R. 42.3(f).

_____

Chari L. Kelly, Justice

Before Justices Goodwin, Kelly, and Smith

Dismissed on Joint Motion

Filed: March 20, 2020